# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| **JORGE LUIS GONZALEZ AVILA**<br>**#A213302771** | **CASE NO. 1:20-CV-00830 SEC P** |
| **VERSUS** | **JUDGE DRELL** |
| **WARDEN RIVER CORRECTIONAL CENTER** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## MEMORANDUM ORDER

On June 24, 2020, a petition for writ of habeas corpus was filed by the plaintiff. On July 29, 2020, a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to pay the filing fee or submit an IFP application and to resubmit the complaint on an approved form. Mover has failed to take the required action in accordance with the memorandum order. Accordingly,

**IT IS ORDERED** that the petition for writ of habeas corpus submitted by the plaintiff on June 24, 2020, be, and hereby is, stricken from the record.

SIGNED on Monday, September 28, 2020.

Joseph H. L. Perez-Montes
United States Magistrate Judge